■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LIONEL VEGA, Appellant. [737 NYS2d 553] —Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered July 30, 1999, convicting him of assault in the first degree (two counts), criminal possession of a weapon in the second degree, and criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish that the defendant was acting in concert with the codefendant (*see, People v Rossey,* 89 NY2d 970; *People v Cabey,* 85 NY2d 417; *People v Rivera,* 84 NY2d

766; *People v Jiminez,* 245 AD2d 304; *People v McNeil,* 228 AD2d 620, 621; *People v Boyd,* 164 AD2d 800; *cf., People v Sanchez,* 167 AD2d 489; *People v Torres,* 153 AD2d 911, 912).

The defendant was not prejudiced by the trial court's added instruction on acting in concert (*see, People v Whatley,* 69 NY2d 784; *People v Foster,* 282 AD2d 226), given in response to the jury's request for clarification (*see,* CPL 310.30).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, without merit. Smith, J.P., Krausman, Schmidt and Cozier, JJ., concur.